# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Florida

Case Number: 3:16-CV-00665-MCR-CJK

Plaintiff:
**HARTFORD FIRE INSURANCE COMPANY, a foreign corporation,**

vs.

Defendant:
**GWEN G. HEMMINGER,**


PPJ2017001145

For:
Jeffery Geller
ETCHEVERRY HARRISON LLP
150 South Pine Island Road
Suite 105
Fort Lauderdale, FL 33324

Received by Prestige Process on the 19th day of September, 2017 at 4:40 pm to be served on **Navy Federal Credit Union, PO BOX 3401, MERRIFIELD, VA 22119**.

I, Juan F. D'Arce, do hereby affirm that on the **20th day of September, 2017** at **10:30 am, I:**

served a **CORPORATION** by delivering a true copy of the **CONTINUING WRIT OF GARNISHMENT AGAINST SALARY, WAGES OR OTHER ASSETS** with the date and hour of service endorsed thereon by me, to: **Tania Vallecio** as **Credit Union Representative Authorized to Accept** for **Navy Federal Credit Union**, at the address of: **909 SE FIRST AVE, RM 100, MIAMI, FL 33131**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
9/20/2017 10:30 am Served Tania Vallecio, MSR at 909 SE FIRST AVE, RM 100, MIAMI, FL 33131.

Branh Manager was not available to accept service

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the perjury, I declare that I have read the foregoing document and the facts in it are true. NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

**Juan F. D'Arce**
CPS # 952

**Prestige Process
P.O Box 613634
Miami, FL 33261
(305) 490-4346**

Our Job Serial Number: PPJ-2017001145

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2g