UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CASE NO.: 3:16-cv-00665-MCR-CJK

HARTFORD FIRE INSURANCE
COMPANY, a foreign corporation,

    Plaintiff,

v.

GWEN G. HEMMINGER,

    Defendant.
_____/

## NOTICE AND CERTIFICATE OF SERVICE
## PURSUANT TO SECTION 77.041(2), FLORIDA STATUTES

Plaintiff/Judgment Creditor, HARTFORD FIRE INSURANCE COMPANY ("HARTFORD"), acting pursuant to Section 77.041(2), hereby serves notice upon each recipient listed on the attached *Certificate of Service* of the issuance of the attached *Continuing Writ of Garnishment Against Salary, Wages or other Assets* (**Exhibit "A"**), *Notice to Defendant of Right Against Garnishment of Wages, Money and other Property* (**Exhibit "B"**) and *Plaintiff's Motion for Continuing Writ of Garnishment Against Salary, Wages or Other Assets* (**Exhibit "C"**).

                                  **ETCHEVERRY HARRISON LLP**
                                  Attorneys for HARTFORD
                                  150 South Pine Island Road, Suite 105
                                  Fort Lauderdale, FL 33324
                                  (954) 370-1681 - Telephone
                                  (954) 370-1682 - Fax

                                  By:   */s/Jeffrey S. Geller*
                                  Edward Etcheverry, Florida Bar No.: 856517
                                  Jeffrey S. Geller, Florida Bar No.: 63721

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this 20th day of September, 2017, we electronically filed the foregoing document with the Clerk of the Court, through CM/ECF and served via regular US Mail to: Gwen G. Hemminger, 3480 Wasatch Range Loop, Pensacola, FL 32526.

By: /s/Jeffrey S. Geller
      Jeffrey S. Geller, Florida Bar No.: 63721