UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CASE NO.: 3:16-cv-00665-MCR-CJK

HARTFORD FIRE INSURANCE
COMPANY, a foreign corporation,

    Plaintiff/Judgment Creditor,

v.

GWEN G. HEMMINGER,

    Defendant/Judgment Debtor.
                                              /

HARTFORD FIRE INSURANCE
COMPANY, a foreign corporation,

    Garnishor,

v.

NAVY FEDERAL CREDIT UNION,

    Garnishee.
                                              /

**GARNISHOR'S MOTION FOR DEFAULT AND
ENTRY OF DEFAULT FINAL JUDGMENT AGAINST GARNISHEE**

Plaintiff/Judgment Creditor/Garnishor, HARTFORD FIRE INSURANCE COMPANY ("HARTFORD"), by and through its undersigned counsel, hereby files the instant *Motion for Default and Entry of Default Final Judgment Against Garnishee,* NAVY FEDERAL CREDIT UNION ("NFCU"), and in support thereof states as follows:

1. On September 18, 2017, this Court issued a *Continuing Writ of Garnishment Against Salary, Wages or Other Assets* **[DE16]** (the "*Writ*"), requiring Garnishee, NFCU, to respond to the *Writ* within twenty (20) days after service.

2. Garnishee NFCU was served with the *Writ* on September 20, 2017, as evidenced by the *Return of Service* **[DE 17]** filed with the Court.

3. Pursuant to applicable *Florida Statutes*, and as set forth in the *Writ*, Garnishee NFCU's response to the *Writ* was due to be filed by no later than September 9, 2017.

4. To date, Garnishee NFCU has not filed a response to the *Writ*.

5. Pursuant to Section 77.081(1), *Fla.Stat.*, "[i]f the garnishee fails to answer as required, a default shall be entered against him or her."

6. Furthermore, pursuant to Section 77.081(2), *Fla.Stat.*, "[o]n the entry of judgment for plaintiff, a final judgment shall be entered against the garnishee for the amount of plaintiff's claim with interest and costs."

7. As set forth in the *Writ*, Plaintiff's *Final Judgment* against Defendant/Judgment Debtor, GWEN G. HEMMINGER ("HEMMINGER"), is in the amount of $298,602.94 plus statutory interest rate at the rate of 5.17% percent per annum from August 11, 2017, the date of the *Final Judgment* **[DE 12]**.

WHEREFORE, Plaintiff/Judgment Creditor/Garnishor, HARTFORD respectfully requests that this Honorable Court enter a Default against Garnishee NFCU, enter a *Default Final Judgment* against Garnishee NFCU in the amount of the outstanding *Final Judgment* against Judgment Debtor HEMMINGER, and award HARTFORD such other and further relief as this Court deems necessary, just and proper.

        **ETCHEVERRY HARRISON LLP**
        Attorneys for HARTFORD
        150 South Pine Island Road, Suite 105
        Fort Lauderdale, FL 33324
        (954) 370-1681 - Telephone
        (954) 370-1682 - Fax

        By: */s/ Jeffrey S. Geller*
             Edward Etcheverry, Florida Bar No.: 856517
             Jeffrey S. Geller, Florida Bar No.: 63721

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this 13th day of October, 2017, we electronically filed the foregoing document with the Clerk of the Court, through CM/ECF and served via regular US Mail to: Gwen G. Hemminger, 3480 Wasatch Range Loop, Pensacola, FL 32526; and Navy Federal Credit Union, 909 S.E. First Avenue, Rm. 100, Miami, Florida 33131.

By: /s/ *Jeffrey S. Geller*
Florida Bar No. 0063721