

12 October 2017

Jeffrey S. Geller, Esq
Etcheverry Harrison LLP
150 S. Pine Island Rd.
Suite 105
Fort Lauderdale, FL 33324

Re: *Hartford Fire Insurance Company v. Gwen G. Hemminger* (N.D. Fl.)
Case #: 3:16-cv-00665

To Whom It Make Concern:

This letter shall serve as Navy Federal Credit Union's ("Garnishee") Answer to the Continuing Writ of Garnishment Against Salary, Wages or Other Assets ("Writ") received for Gwen Hemminger ("Defendant").

As requested in the Writ, Gwen Hemminger is currently employed by the Garnishee and has received wages from the Garnishee as of 29 September 2017. Defendant's wages are paid on a bi-weekly basis in and amount equivalent to $19.01/hour multiplied by the time worked during the pay period. Furthermore, Garnishee is not indebted to Defendant by any reason of salary or wages and is not in control of any goods, money, chattels or effects belonging to the Defendant

Please let us know if you have any questions. Thank you.

Sincerely,

*[signature]*

Jennifer Calhoun
Payroll & Tax Analyst
NAVY FEDERAL CREDIT UNION
820 Follin Lane
Vienna, VA 22180
Tel: 703-206-3329
Fax: 703-255-8219

Filed 1016'17 USDC FLN 3PM 0215

PO Box 3000  Merrifield VA  22119-3000

**NAVY FEDERAL Credit Union**

PO Box 3000
Merrifield, VA 22119-3000

U.S. POSTAGE >> PITNEY BOWES
ZIP 22180
02 4W
0000333560 OCT 12 2017
$ 000.46°

3250234639 C003

United States District Court
Northern District of Florida
100 N Palafox St
Pensacola, FL 32502